UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. COLE, et al.,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00408-DAD-BAK (SAB) (PC)<br><br>ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 9) |

　　　Plaintiff Lamont Crossley is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. On March 29, 2022, Plaintiff filed a motion to proceed *in forma pauperis* (IFP). (ECF No. 2.) On April 11, 2022, Plaintiff filed a second motion to proceed IFP. (ECF No. 9.) On April 12, 2022, the Court granted Plaintiff's first application to proceed IFP. (ECF No. 8.) Therefore, Plaintiff's second application is moot.

　　　Accordingly, it is HEREBY ORDERED that Plaintiff's second motion to proceed IFP, (ECF No. 9), is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **April 19, 2022**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE