UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT CROSSLEY,<br><br>                Plaintiff,<br><br>        v.<br><br>J. COLE, et al.,<br><br>                Defendants. | Case No.: 1:22-cv-00408-ADA-CDB (PC)<br><br>**ORDER RE VOLUNTARY DISMISSAL**<br><br>(Doc. 19)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE** |

Plaintiff Lamont Crossley filed a notice of voluntary dismissal on October 27, 2023. (Doc. 19.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

//

//

//

//

Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an answer or a motion for summary judgment, this action has terminated by operation of law. Accordingly, the Court DIRECTS the Clerk of the Court to terminate all pending filing dates, hearings and motions and to close this case.

IT IS SO ORDERED.

Dated:   **October 30, 2023**

UNITED STATES MAGISTRATE JUDGE